# Schedule A

| Def. No. | Marketplace | Defendant Name | Merchant ID | Product ID |
|---|---|---|---|---|
| [redacted] | | | | |
| 34 | Amazon | ChengFengS | A1AB9QSK6491J2 | B08P9YBR7K |
| 35 | Amazon | Anka tryh | A1GEHPZCCQYTSY | B08MYZP5ZF |

| | | | | |
|---|---|---|---|---|
| 36 | Amazon | Toothbace | A1HNUM44PKVGCR | B0CLVCPQXP |
| 37 | Amazon | VALINK | A1JACII738K1DC | B08MPYZPGB |
| 38 | Amazon | Gorgeriie | A1M70PBPB76V32 | B0CNRY7D7B |
| 39 | Amazon | TSOICONN | A1PINXK03F8WZO | B083QM2G5R |
| 39 | Amazon | TSOICONN | A1PINXK03F8WZO | B07T1HKQVP |
| 40 | Amazon | hanzhongyiguangyujiashangmaoyouxiangongsi | A1PSF269J59TKV | B09CYBTKVY |
| 41 | Amazon | EXQST | A1RJWVRO0OTHGD | B0CF8KY57W |
| 41 | Amazon | EXQST | A1RJWVRO0OTHGD | B0CF45FX23 |
| 42 | Amazon | JIANZHON | A1RYML50BASXKX | B0C73S986N |
| 43 | Amazon | Opvimin | A24H73QW6N8RE | B0CG1R5BBW |
| 44 | Amazon | Gen You-us | A29R3AQ7OSPF17 | B098F3K3X7 |
| 44 | Amazon | Gen You-us | A29R3AQ7OSPF17 | B097BV7SRR |
| 45 | Amazon | AENERGY | A2BYN4RTBORX1O | B08QSDH44P |
| | | | | |
| 47 | Amazon | FAWEIUS | A2G0I1SXK6Q95A | B097BV1KX9 |
| 48 | Amazon | Alpha racing | A2HWT7UACZN69P | B08P4L2ZSS |
| 49 | Amazon | WEMA Store | A2LL7MMRGXPAVL | B0BBB4XCQQ |
| 50 | Amazon | KEYOOG | A2M1MWVFRJDVQM | B096LZT1PK |
| 51 | Amazon | Autobots | A2QK95QDJ5QC16 | B0B42PNPJS |
| 52 | Amazon | qimoshangmaobaihuo | A2S7A2DF5TYCNZ | B09CYBTKVY |
| 53 | Amazon | LUBAN | A2UWKRB142XRUU | B07XZ8LY1S |
| 54 | Amazon | Kimiss | A2ZF0K7IFIDCPR | B0CPS3J97W |
| 55 | Amazon | AUSUKY | A3J3S8N63GKGA0 | B08PNTGN82 |
| 56 | Amazon | beibeijiajia | A3M7S4F4A6OIWA | B0C74G144L |
| 57 | Amazon | WuMin-1 | A3NC8V237YUEJO | B09T6BJQZ6 |
| 58 | Amazon | Wizerry | A6ASQA5J6Y5M0 | B0CJK2BRZT |
| | | | | |
| 60 | Amazon | Aceyeeu | ALWWLQ2939N8Q | B0CJKK8898 |
| 61 | Amazon | SanQingAutoSupplies | AP92HXFX5SZFZ | B0BTS3HRFQ |
| 62 | Amazon | Vkander | AWFUW5QZ30EO3 | B0CPY5M336 |
| 63 | Amazon | GANGGG | AZRZZYVQY8LVV | B09FQCYWXH |
| 64 | DHgate | ephemelease Store | 21634528 | 778742880 |
| 65 | eBay | abandi100 | abandi100 | 386744127361 |
| 66 | eBay | accompanywine | accompanywine | 355516834328 |
| 67 | eBay | acetool2007 | acetool2007 | 285733738085 |
| 68 | eBay | acmotorstore01 | acmotorstore01 | 285669106365 |
| 69 | eBay | afangfangstore88 | afangfangstore88 | 375317758883 |
| 70 | eBay | Aheiya | aheiya | 126372887465 |
| 71 | eBay | CornMi | ako2201britr | 114308420608 |
| 72 | eBay | alilysuperstore | alilysuperstore | 364746999136 |
| 73 | eBay | allhomedecoration | allhomedecoration | 204684614670 |

| | | | | | |
|---|---|---|---|---|---|
| 74 | eBay | allurethorns | allurethorns | 176263074692 |
| 74 | eBay | allurethorns | allurethorns | 176259285165 |
| 75 | eBay | alwaysoutlet | alwaysoutlet | 285732135514 |
| 76 | eBay | alwaytty01 | alwaytty01 | 404813108564 |
| 77 | eBay | alwaytty02 | alwaytty02 | 315069949869 |
| 78 | eBay | Alwaytty55 | alwaytty55 | 364769423578 |
| 79 | eBay | alynstore | alynstore | 235062245581 |
| 80 | eBay | amanting | amanting | 364658483863 |
| 81 | eBay | amazingmart1 | amazingmart1 | 404775733684 |
| 82 | eBay | ameliashop88 | ameliashop88 | 166642041861 |
| 83 | eBay | attachmentxml | attachmentxml | 133949421549 |
| 84 | eBay | auto-big-buy | autobigbuy | 375259559085 |
| 85 | eBay | autocontinpurchase | autocontinpurchase | 395260585284 |
| 86 | eBay | autogadgets2015 | autogadgets2015 | 166422127173 |
| 87 | eBay | autohouseworldwide | autohouseworldwide | 355514469112 |
| 88 | eBay | auto-light-factory | autolightfactory | 176272311036 |
| 89 | eBay | Autolpphandsome | autolpphandsome | 196287850825 |
| 90 | eBay | automaimaimai | automaimaimai | 395145164822 |
| 91 | eBay | autoneighborstore | autoneighborstore | 375325555326 |
| 92 | eBay | auto-parts-stations | autopartsstations | 335309439832 |
| 93 | eBay | autopartstop666 | autopartstop666 | 285772854783 |
| 93 | eBay | autopartstop666 | autopartstop666 | 285718615660 |
| 94 | eBay | auto-sincerely-sale | autosincerelysale | 375265077709 |
| 95 | eBay | autowelcomehere | autowelcomehere | 355386593374 |
| 96 | eBay | autumnzhang001 | autumnzhang001 | 386555158277 |
| 97 | eBay | autumnzhang002 | autumnzhang002 | 355542501494 |
| 97 | eBay | autumnzhang002 | autumnzhang002 | 355468333297 |
| 98 | eBay | ayiyistore | ayiyistore | 166641155655 |
| 99 | eBay | bacasees | bacasees | 375277987688 |
| 100 | eBay | balalastore8 | balalastore8 | 176287092620 |
| 101 | eBay | Beautifygarden | beautifygarden | 386819440671 |
| 102 | eBay | beautyluckwan | beautyluckwan | 315204232797 |
| 103 | eBay | best-all-the-time555 | bestallthetime555 | 126340011688 |
| 104 | eBay | bestbid818 | bestbid818 | 156132912356 |
| 104 | eBay | bestbid818 | bestbid818 | 156084668702 |
| 105 | eBay | bestdealwow | bestdealwow | 196303252787 |
| 106 | eBay | Best_item_here | bestitemhere | 386875926048 |
| 107 | eBay | bestoffer666 | bestoffer666 | 156116774293 |
| 108 | eBay | besttool888 | besttool888 | 266691362948 |
| 109 | eBay | bitterfigure | bitterfigure | 395284473598 |
| 109 | eBay | bitterfigure | bitterfigure | 395226761524 |

| | | | | |
|---|---|---|---|---|
| 110 | eBay | Boutique Auto Parts Store | boutiqueautopartsstore | 375223281044 |
| 111 | eBay | Bravetool | bravetool | 386854513165 |
| 112 | eBay | briefchoice | briefchoice | 395279606376 |
| 113 | eBay | Businessforum | businessforum | 186350128603 |
| 113 | eBay | Businessforum | businessforum | 186311814036 |
| 114 | eBay | Buysmartly | buysmartly | 386839934727 |
| 115 | eBay | ForUmall003 | carlryans | 235417693586 |
| 116 | eBay | cdpeng6 | cdpeng6 | 395220019745 |
| 117 | eBay | cdyjwl002au | cdyjwl002au | 355536324704 |
| 118 | eBay | cdyjwl003au | cdyjwl003au | 305461718263 |
| 118 | eBay | cdyjwl003au | cdyjwl003au | 305405458442 |
| 119 | eBay | cdyjwl006 | cdyjwl006 | 296166049970 |
| 120 | eBay | cdyjwl009 | cdyjwl009 | 386824168080 |
| 121 | eBay | cdyjwl010 | cdyjwl010 | 386521890078 |
| 122 | eBay | Grocery00 | cdyjwl011 | 386743336247 |
| 123 | eBay | cdyjwl013 | cdyjwl013 | 204614011901 |
| 124 | eBay | cdyjwl015 | cdyjwl015 | 364798929507 |
| 124 | eBay | cdyjwl015 | cdyjwl015 | 364745376679 |
| 125 | eBay | cdyjwl555 | cdyjwl555 | 126363773828 |
| 126 | eBay | AmericanAutoHaven | cdyjwl666 | 395254291540 |
| 127 | eBay | cdyjwl777 | cdyjwl777 | 126340013430 |
| 128 | eBay | cdyq-mall | cdyqmall | 126294013641 |
| 129 | eBay | cdyq-promotion | cdyqpromotion | 386875865365 |
| 129 | eBay | cdyq-promotion | cdyqpromotion | 386805068028 |
| 130 | eBay | Cheers_20 | cheers20 | 375142869652 |
| 131 | eBay | chelseatine | chelseatine | 355492937630 |
| 132 | eBay | chengdukangten-5 | chengdukangten5 | 395126788944 |
| 133 | eBay | chengdukangten-6 | chengdukangten6 | 404820868084 |
| 134 | eBay | chengduktn41 | chengduktn41 | 315204237377 |
| 135 | eBay | Choose_what_uneed | choosewhatuneed | 335314318396 |
| 136 | eBay | chuxinfighting | chuxinfighting | 315187438024 |
| 137 | eBay | colorsleaf | colorsleaf | 204602262407 |
| 138 | eBay | columbiadream | columbiadream | 145652154384 |
| 139 | eBay | cynthiadana | cynthiadana | 145664841715 |
| 140 | eBay | daphnedoris | daphnedoris | 404853940790 |
| 141 | eBay | deerdeerd | deerdeerd | 355525400953 |
| 142 | eBay | defeathes | defeathes | 315145196195 |
| 143 | eBay | denestcoltd | denestcoltd | 176270933261 |
| 144 | eBay | dentalove | dentalove | 156084459561 |
| 145 | eBay | derjahr | derjahr | 226052958861 |
| 146 | eBay | desgreegoing | desgreegoing | 126353970051 |

| 147 | eBay | dodailybuy | dodailybuy | 386554424887 |
|---|---|---|---|---|
| 148 | eBay | dovipshopping | dovipshopping | 335224699540 |
| 149 | eBay | drunkdear | drunkdear | 375281230275 |
| 150 | eBay | duzforei | duzforei | 166222530481 |
| 151 | eBay | ebestbayion | ebestbayion | 404855216862 |
| 152 | eBay | Elara Shop | elarashop | 176266559187 |
| 153 | eBay | Eshophuo Flagship Store | eshophuostore | 362807375408 |
| 154 | eBay | Fabuus | fabuus | 364786151221 |
| 155 | eBay | fantastic-dealer | fantasticdealer | 266730926559 |
| 156 | eBay | farmersye | farmersye | 156096940264 |
| 157 | eBay | farzeenup | farzeenup | 315129875942 |
| 158 | eBay | fast-ship-item | fastshipitem | 276323274108 |
| 159 | eBay | Faucetworld | faucetworld | 166634756954 |
| 159 | eBay | Faucetworld | faucetworld | 166632933736 |
| 160 | eBay | Felixcaleb | felixcaleb | 395215179678 |
| 161 | eBay | findthings_us | findthingsus | 166623902765 |
| 162 | eBay | floraselling | floraselling | 355558643287 |
| 163 | eBay | forhappiness | forhappiness | 134956550516 |
| 164 | eBay | fortunatess | fortunatess | 186338443808 |
| 165 | eBay | forurneed | forurneed | 226026114433 |
| 166 | eBay | freetrade-shop | freetradeshop | 256387494065 |
| 167 | eBay | fssgogogo | fssgogogo | 176286808139 |
| 168 | eBay | fssgoodlife | fssgoodlife | 355504298646 |
| 169 | eBay | fssprtsuperstore | fssprtsuperstore | 404830986572 |
| 170 | eBay | fushanprt01 | fushanprt01 | 364796974372 |
| 170 | eBay | fushanprt01 | fushanprt01 | 364771385065 |
| 171 | eBay | Family Life's | gadgetkingdom2014 | 164752814144 |
| 172 | eBay | galaxyond | galaxyond | 226040062756 |
| 173 | eBay | gartenwerkzeuge | gartenwerkzeuge | 235451056905 |
| 174 | eBay | gertaingrid | gertaingrid | 364771507491 |
| 175 | eBay | globalauto2018 | globalauto2018 | 156126650309 |
| 176 | eBay | go_arround | goarround | 326049688479 |
| 176 | eBay | go_arround | goarround | 326029714738 |
| 177 | eBay | graceworlding | graceworlding | 395265622727 |
| 178 | eBay | hakh_923200 | hakh_923200 | 364821157153 |
| 178 | eBay | hakh_923200 | hakh_923200 | 364830770422 |
| 179 | eBay | harkktaa22 | harkktaa22 | 355475047576 |
| 180 | eBay | harkktaa33 | harkktaa33 | 355501234599 |
| 181 | eBay | harkktaa66 | harkktaa66 | 156075759511 |
| 181 | eBay | harkktaa66 | harkktaa66 | 156132983973 |
| 182 | eBay | harkktaa77 | harkktaa77 | 394954671204 |

| 183 | eBay | heimwerkerde | heimwerkerde | 315218055063 |
|---|---|---|---|---|
| 183 | eBay | heimwerkerde | heimwerkerde | 315168398162 |
| 184 | eBay | helloautoparts2017 | helloautoparts2017 | 176238883905 |
| 185 | eBay | highcredit1188 | highcredit1188 | 134978528126 |
| 185 | eBay | highcredit1188 | highcredit1188 | 134941738326 |
| 186 | eBay | hilarygoing | hilarygoing | 385981875379 |
| 187 | eBay | honestdentalshop | honestdentalshop | 116046527130 |
| 188 | eBay | hopestian | hopestian | 176261428194 |
| 189 | eBay | Iefair | iefair | 375306285914 |
| 190 | eBay | interview888 | interview888 | 256387491298 |
| 191 | eBay | iphona5s | iphona5s | 296239473822 |
| 191 | eBay | iphona5s | iphona5s | 305461726945 |
| 192 | eBay | jakkere | jakkere | 166634872831 |
| 193 | eBay | Joybuyhere | joybuyhere | 315240804634 |
| 193 | eBay | Joybuyhere | joybuyhere | 315192097105 |
| 194 | eBay | Joytimes | joytimes2021 | 196306463678 |
| 195 | eBay | Jutarath | jutarath | 155946425743 |
| 196 | eBay | kkttyyal001 | kkttyyal001 | 395236379028 |
| 197 | eBay | kkttyyal002 | kkttyyal002 | 364644133525 |
| 198 | eBay | kkttyyal003 | kkttyyal003 | 196277707582 |
| 199 | eBay | ksbestdeal-shopping | ksbestdealshopping | 134910964137 |
| 200 | eBay | K-super-shop01 | ksupershop01 | 375272751099 |
| 201 | eBay | kt1369 | kt1369 | 176253279232 |
| 202 | eBay | ktnationalstore | ktnationalstore | 404845001306 |
| 203 | eBay | ktnaushopping | ktnaushopping | 386856651375 |
| 203 | eBay | ktnaushopping | ktnaushopping | 386780786312 |
| 204 | eBay | ktnauto | ktnauto | 314968031494 |
| 205 | eBay | ktnbusiness | ktnbusiness | 315204340054 |
| 206 | eBay | ktncompressor | ktncompressor | 156112899531 |
| 207 | eBay | ktndentalsupply | ktndentalsupply | 404770123163 |
| 208 | eBay | ktnewellshop | ktnewellshop | 364685191922 |
| 209 | eBay | lailiya01 | lailiya01 | 386834338455 |
| 210 | eBay | lailiya02 | lailiya02 | 355519210296 |
| 211 | eBay | lailiya03 | lailiya03 | 296250546975 |
| 211 | eBay | lailiya03 | lailiya03 | 296291116507 |
| 212 | eBay | laugherchief | laugherchief | 395231056483 |
| 213 | eBay | leweishangwu | leweishangwu | 186330604048 |
| 214 | eBay | lighttaaal01 | lighttaaal01 | 386870950114 |
| 215 | eBay | lighttaaal03 | lighttaaal03 | 404846813586 |
| 216 | eBay | lighttaaal04 | lighttaaal04 | 375298768993 |
| 217 | eBay | llppwe | llppwe | 355478201070 |

| | | | | | |
|---|---|---|---|---|---|
| 217 | eBay | llppwe | | llppwe | 355561332572 |
| 218 | eBay | LooklookUSA | | looklookusa | 355477973969 |
| 219 | eBay | Luckbuyhere | | luckbuyhere | 404840827709 |
| 220 | eBay | NexaAura | | marketinin01 | 355501086378 |
| 221 | eBay | marketinin02 | | marketinin02 | 315096783603 |
| 222 | eBay | marketinin03 | | marketinin03 | 145654133135 |
| 223 | eBay | marketinin04 | | marketinin04 | 315052638164 |
| 224 | eBay | matthewvie | | matthewvie | 395229413481 |
| 225 | eBay | maxtraderdeals999 | | maxtraderdeals999 | 126378297269 |
| 226 | eBay | Memonice | | memonice | 375321814629 |
| 227 | eBay | mengmengdamai | | mengmengdamai | 395231669388 |
| | | | | | |
| 229 | eBay | mingyoub_22 | | mingyoub22 | 375334265839 |
| 230 | eBay | moonbucker | | moonbucker | 176272575393 |
| 231 | eBay | mordenauto | | mordenauto | 404771700764 |
| 232 | eBay | most-tool-shop | | mosttoolshop | 145679470240 |
| 232 | eBay | most-tool-shop | | mosttoolshop | 145626238210 |
| 233 | eBay | motorkkayy111 | | motorkkayy111 | 395254591748 |
| 234 | eBay | mount_8461 | | mount_8461 | 314673206606 |
| 235 | eBay | nanhaipuruite-1 | | nanhaipuruite1 | 355524617841 |
| 236 | eBay | nanhaipuruite-2 | | nanhaipuruite2 | 375298827114 |
| 237 | eBay | nanhaipuruite-3 | | nanhaipuruite3 | 395104945167 |
| 238 | eBay | nanhaipuruite-4 | | nanhaipuruite4 | 305404020772 |
| 239 | eBay | nanhaipuruite-7 | | nanhaipuruite7 | 204657213905 |
| 239 | eBay | nanhaipuruite-7 | | nanhaipuruite7 | 204693268561 |
| 240 | eBay | nanhaipuruite-8 | | nanhaipuruite8 | 134876630827 |
| 241 | eBay | newandusefull | | newandusefull | 364758361678 |
| 242 | eBay | newbriskcx | | newbriskcx | 386816778680 |
| 243 | eBay | nicedeal-2018 | | nicedeal2018 | 285724047142 |
| 244 | eBay | nimdharma0 | | nimdharma0 | 233808459110 |
| 245 | eBay | novembery11 | | novembery11 | 355370392166 |
| 246 | eBay | oc_retail | | ocretail | 305445920634 |
| 247 | eBay | pengyizitwo | | pengyizitwo | 235373576511 |
| 248 | eBay | perfectzoom | | perfectzoom | 355567232956 |
| 249 | eBay | pinjishangwu001 | | pinjishangwu001 | 404846480549 |
| 250 | eBay | pinjishangwu02 | | pinjishangwu02 | 355370197698 |
| 250 | eBay | pinjishangwu02 | | pinjishangwu02 | 355525389331 |
| 251 | eBay | powerlampsell20188 | | powerlampsell20188 | 196231435051 |
| 252 | eBay | proffitrader999 | | proffitrader999 | 176284014790 |
| 253 | eBay | provideautoparts | | provideautoparts | 326032935927 |
| 254 | eBay | prtalalwy | | prtalalwy | 225985141298 |

| | | | | | |
|---|---|---|---|---|---|
| 255 | eBay | prtanamt | prtanamt | 364648406559 |
| 256 | eBay | prtaubusiness | prtaubusiness | 296126721088 |
| 257 | eBay | prtauhellotogo | prtauhellotogo | 395233400661 |
| 258 | eBay | prtaustore | prtaustore | 186328919926 |
| 259 | eBay | prtautopdeals | prtautopdeals | 296295443336 |
| 259 | eBay | prtautopdeals | prtautopdeals | 296270899863 |
| 260 | eBay | prtdealshop028 | prtdealshop028 | 404831305473 |
| 261 | eBay | prteerl | prteerl | 134907050016 |
| 262 | eBay | prtmall0998 | prtmall0998 | 315118818597 |
| 263 | eBay | prtperfectdeal | prtperfectdeal | 395231153940 |
| 264 | eBay | prtsery | prtsery | 404823518083 |
| 264 | eBay | prtsery | prtsery | 404876279376 |
| 265 | eBay | prtunyts | prtunyts | 315182317594 |
| 266 | eBay | prtxxxyt | prtxxxyt | 375321598333 |
| 266 | eBay | prtxxxyt | prtxxxyt | 375270540334 |
| 267 | eBay | Magical~Hut | prtyyyxal | 375305983463 |
| 268 | eBay | Edith's Superland | prtzyzymet | 204684365328 |
| 269 | eBay | qualityrelated | qualityrelated | 285646886651 |
| 270 | eBay | quickfitltd | quickfitltd | 186044152410 |
| 271 | eBay | qwaqwr | qwaqwr | 335269566770 |
| 272 | eBay | rainbowline | rainbowline | 186309193111 |
| 273 | eBay | ristarstore | ristarstore | 315081709659 |
| 274 | eBay | rongapple | rongapple | 305368011230 |
| 275 | eBay | rongbest123 | rongbest123 | 186344687516 |
| 275 | eBay | rongbest123 | rongbest123 | 186308865157 |
| 276 | eBay | rongfansale | rongfansale | 404703985849 |
| 277 | eBay | ronglast124 | ronglast124 | 204688704960 |
| 278 | eBay | rongorange | rongorange | 395279641772 |
| 279 | eBay | rongvaluebuy | rongvaluebuy | 364760000239 |
| 280 | eBay | Rongyi Business | rongyibusiness | 176269268703 |
| 281 | eBay | rotarytattoo | rotarytattoo | 276375366569 |
| 282 | eBay | Royalfeatured | royalfeatured | 404870518914 |
| 282 | eBay | Royalfeatured | royalfeatured | 404808812084 |
| 283 | eBay | Royal_Sky0909 | royalsky0909 | 155600697018 |
| 284 | eBay | ruianbetter | ruianbetter | 226031359263 |
| 285 | eBay | ruiancx | ruiancx | 176251390033 |
| 286 | eBay | R-welcome-to-buy | rwelcometobuy | 315151012809 |
| 287 | eBay | ryxapril | ryxapril | 196269674508 |
| 288 | eBay | ryxfebruary | ryxfebruary | 285763776890 |
| 289 | eBay | ryxjanuary | ryxjanuary | 126321242718 |
| 290 | eBay | ryxnewb | ryxnewb | 225965874753 |

| | | | | | |
|---|---|---|---|---|---|
| 291 | eBay | ryxsupermarket | ryxsupermarket | 375142765560 |
| 292 | eBay | ryxvipmall | ryxvipmall | 315184438084 |
| 293 | eBay | Ryxvvipshop | ryxvvipshop | 395260602035 |
| 294 | eBay | ryxxxxshop | ryxxxxshop | 315206367612 |
| 295 | eBay | saleOC | saleoc | 226019576346 |
| 296 | eBay | samkham-83 | samkham83 | 364687368650 |
| 297 | eBay | scchen8 | scchen8 | 134905621698 |
| 298 | eBay | schreichlichshop | schreichlichshop | 176257804676 |
| 299 | eBay | self-enjoying | selfenjoying | 126359959277 |
| 300 | eBay | sellqualitydevices | sellqualitydevices | 196254625716 |
| 300 | eBay | sellqualitydevices | sellqualitydevices | 196299924789 |
| 301 | eBay | septembery-1 | septembery1 | 235465077429 |
| 302 | eBay | Serverbestitem | serverbestitem | 186244720026 |
| 303 | eBay | shellywave | shellywave | 166616454363 |
| 304 | eBay | shengyuwangluo01 | shengyuwangluo01 | 386500802881 |
| 305 | eBay | shengywl003 | shengywl003 | 126255684470 |
| 306 | eBay | shengywl006 | shengywl006 | 355563816518 |
| 306 | eBay | shengywl006 | shengywl006 | 355461510623 |
| 307 | eBay | shengywl011 | shengywl011 | 395124299193 |
| 308 | eBay | shengywl012 | shengywl012 | 355409680501 |
| 309 | eBay | shengywl015 | shengywl015 | 204610131256 |
| 310 | eBay | shengywl016 | shengywl016 | 335210437697 |
| 311 | eBay | shenzhenwupeng-3 | shenzhenwupeng3 | 156087199976 |
| 312 | eBay | shirleyse | shirleyse | 355542988831 |
| 312 | eBay | shirleyse | shirleyse | 355493323236 |
| 313 | eBay | shopfuud01 | shopfuud01 | 364795258137 |
| 314 | eBay | shopfuud02 | shopfuud02 | 296272810917 |
| 315 | eBay | shopfuud03 | shopfuud03 | 386496179700 |
| 316 | eBay | shoppngmore88 | shoppngmore88 | 303949781448 |
| 317 | eBay | smallapplecore | smallapplecore | 225272916493 |
| 318 | eBay | smart0302 | smart0302 | 375323907380 |
| 319 | eBay | stellazoey | stellazoey | 395161173186 |
| 320 | eBay | Succss | succss | 404792536755 |
| 321 | eBay | super-bseller | superbseller | 256425280035 |
| 322 | eBay | superhomeshop20188 | superhomeshop20188 | 166654365994 |
| 322 | eBay | superhomeshop20188 | superhomeshop20188 | 166610210878 |
| 323 | eBay | sycajy | sycajy | 225997979873 |
| 324 | eBay | szmarket2018 | szmarket2018 | 226015370498 |
| 325 | eBay | Tan-Alex | tanalex | 166676257206 |
| 326 | eBay | ten753951 | ten753951 | 285654407369 |
| 327 | eBay | ten852456 | ten852456 | 156125150106 |

| | | | | | |
|---|---|---|---|---|---|
| 327 | eBay | ten852456 | | ten852456 | 156037628182 |
| 328 | eBay | thestarse | | thestarse | 166602146316 |
| 329 | eBay | thomaslily | | thomaslily | 166607270180 |
| 330 | eBay | tiktikdot | | tiktikdot | 126361954764 |
| 331 | eBay | topeakstore | | topeakstore | 404840747998 |
| 332 | eBay | treasont | | treasont | 204661914578 |
| 333 | eBay | trump-shut | | trumpshut | 156074125484 |
| 334 | eBay | vehiclelights | | vehiclelights | 176247846210 |
| 335 | eBay | Viewaview | | viewaview | 386834300679 |
| 336 | eBay | wagnershopde | | wagnershopde | 166641100679 |
| 336 | eBay | wagnershopde | | wagnershopde | 166597900360 |
| 337 | eBay | MaxdoStore | | wanchaishop | 364601138256 |
| 338 | eBay | welcome to frischde | | welcometofrischde | 386740227398 |
| 339 | eBay | welcome to sellthe item | | welcometoselltheitem | 196271468531 |
| 340 | eBay | weofferbestgoods | | weofferbestgoods | 126360381725 |
| 341 | eBay | wercham-31 | | wercham31 | 196264455964 |
| 342 | eBay | wercham-32 | | wercham32 | 145675574792 |
| 342 | eBay | wercham-32 | | wercham32 | 145681667559 |
| 343 | eBay | widesupplier999 | | widesupplier999 | 176263181401 |
| 344 | eBay | wildletter | | wildletter | 386834024890 |
| 345 | eBay | wilknet | | wilknet | 386849053552 |
| 345 | eBay | wilknet | | wilknet | 386773494887 |
| 346 | eBay | wumingzhou | | wumingzhou | 315220503760 |
| 347 | eBay | wupengyinew | | wupengyinew | 364801084425 |
| 347 | eBay | wupengyinew | | wupengyinew | 364753953183 |
| 348 | eBay | wupengzione | | wupengzione | 196279578223 |
| 349 | eBay | wuyiyitdea01 | | wuyiyitdea01 | 226052916543 |
| 349 | eBay | wuyiyitdea01 | | wuyiyitdea01 | 226011210899 |
| 350 | eBay | yanqiuwangluo11 | | yanqiuwangluo11 | 395233700694 |
| 351 | eBay | yanqiuwangluo22 | | yanqiuwangluo22 | 355513898214 |
| 352 | eBay | yanqiuwangluo33 | | yanqiuwangluo33 | 404825941916 |
| 353 | eBay | yanqiuwangluo66 | | yanqiuwangluo66 | 314790245638 |
| 354 | eBay | yanqiuwangluo68 | | yanqiuwangluo68 | 404874093870 |
| 355 | eBay | yanqiuwangluo70 | | yanqiuwangluo70 | 386842796960 |
| 356 | eBay | yanqiuwangluo71 | | yanqiuwangluo71 | 355406793733 |
| 357 | eBay | yanqiuwangluo72 | | yanqiuwangluo72 | 395124957505 |
| 358 | eBay | yanqiuwl002 | | yanqiuwl002 | 364789649183 |
| 358 | eBay | yanqiuwl002 | | yanqiuwl002 | 364753741373 |
| 359 | eBay | yanqiuwl003 | | yanqiuwl003 | 196164006510 |
| 360 | eBay | yanqiuwl005 | | yanqiuwl005 | 364775625228 |
| 361 | eBay | yanqiuwl009 | | yanqiuwl009 | 296294713731 |

| | | | | | |
|---|---|---|---|---|---|
| 362 | eBay | ycmjplusbuy | ycmjplusbuy | 386637805554 | |
| 363 | eBay | ycmjwangluo11 | ycmjwangluo11 | 305443949115 | |
| 363 | eBay | ycmjwangluo11 | ycmjwangluo11 | 305351384654 | |
| 364 | eBay | ycmjwangluo22 | ycmjwangluo22 | 196266141448 | |
| 365 | eBay | ycmjwangluo33 | ycmjwangluo33 | 364800499923 | |
| 366 | eBay | ycmjwangluo66 | ycmjwangluo66 | 395284413182 | |
| 366 | eBay | ycmjwangluo66 | ycmjwangluo66 | 395145027730 | |
| 367 | eBay | ycmjwangluo77 | ycmjwangluo77 | 386548990714 | |
| 368 | eBay | ycmjwangluo88 | ycmjwangluo88 | 335270765461 | |
| 369 | eBay | yeeng88lanwei | yeeng88lanwei | 354061841837 | |
| 370 | eBay | yixinstore1 | yixinstore1 | 375284824797 | |
| 371 | eBay | yiyahahaho | yiyahahaho | 166634431637 | |
| 372 | eBay | yiyibushe-2 | yiyibushe2 | 126251688726 | |
| 373 | eBay | yiyibushe-3 | yiyibushe3 | 355542955517 | |
| 374 | eBay | yiyibushe-7 | yiyibushe7 | 364780091160 | |
| 375 | eBay | yiyiukmall | yiyiukmall | 335267876733 | |
| 376 | eBay | yujuanwangluo | yujuanwangluo | 145675518526 | |
| 376 | eBay | yujuanwangluo | yujuanwangluo | 145624452520 | |
| 377 | eBay | yujuanwangluo01 | yujuanwangluo01 | 395246923239 | |
| 378 | eBay | yunchenmeiji001 | yunchenmeiji001 | 315215540474 | |
| 379 | eBay | yunchenmeiji002 | yunchenmeiji002 | 335184643095 | |
| 380 | eBay | yunchenmj001 | yunchenmj001 | 355403679681 | |
| 381 | eBay | yunchenmj004 | yunchenmj004 | 166632641513 | |
| 382 | eBay | Yxshop | yxshop | 363333459772 | |
| 383 | eBay | yybcheerup | yybcheerup | 395265242296 | |
| 384 | eBay | yybshop01 | yybshop01 | 364759935098 | |
| 385 | eBay | yybshop03 | yybshop03 | 375308581641 | |
| 386 | eBay | yybshop06 | yybshop06 | 196279230221 | |
| 387 | eBay | yybskejigs002 | yybskejigs002 | 335242359089 | |
| 388 | eBay | yylocalstock | yylocalstock | 186327342787 | |
| 389 | eBay | zhuliyun-2 | zhuliyun2 | 176253256643 | |
| 390 | eBay | zhuliyun-3 | zhuliyun3 | 404852384668 | |
| 391 | eBay | zshinhpy | zshinhpy | 226040860791 | |
| 392 | Shopify | forhera-design | forhera-design | magic-creeper | |
| | | | | | |
| 395 | Temu | Zedco | 4.88308E+12 | 601099518315247 | |
| 396 | Walmart | TOOL COLLECTION | 101194979 | 2286682505 | |
| 397 | Walmart | DYTTDG | 101228879 | 5443557715 | |
| 398 | Walmart | easy dream | 101239969 | 166168681 | |
| 398 | Walmart | easy dream | 101239969 | 5296926088 | |

| | | | | |
|---|---|---|---|---|
| 398 | Walmart | easy dream | 101239969 | 5300645898 |
| 398 | Walmart | easy dream | 101239969 | 5368707049 |
| 399 | Walmart | KIHOUT | 101274253 | 5006525080 |
| 399 | Walmart | KIHOUT | 101274253 | 5006794245 |
| 400 | Walmart | Doekge | 101286408 | 5381704350 |
| 401 | Walmart | HX Meiye Co., Ltd | 101297466 | 5286132104 |
| 402 | Walmart | Deagia | 101338553 | 5388889497 |
| 402 | Walmart | Deagia | 101338553 | 5382933480 |
| 403 | Walmart | MEIHOUS | 101346449 | 5345892683 |
| 403 | Walmart | MEIHOUS | 101346449 | 5486302452 |
| 404 | Walmart | Augper | 101447578 | 5270207139 |
| 404 | Walmart | Augper | 101447578 | 5268010665 |
| 405 | Walmart | WUPYI | 101082378 | 1725303109 |
| 406 | Walmart | ZUDKSUY | 101108315 | 2781426078 |
| 407 | Walmart | Colorfullrain | 101196060 | 5416518134 |
| 408 | Walmart | Amacok | 101213993 | 3311925713 |
| 409 | Walmart | Neptune Technologies | 101366930 | 5415924818 |
| 410 | Walmart | yuncheng home | 101429127 | 5259184071 |
| 411 | Walmart | Sokhug | 101460358 | 5203880985 |
| 411 | Walmart | Sokhug | 101460358 | 5258359756 |
| 412 | Joybuy | Shenzhen Yanghui Technology Co., LTD | 8764 | 875313144 |
| 413 | Joybuy | Shenzhen Liping e-commerce Co., LTD | 8511 | 1991483985 |
| 414 | Joybuy | Shenzhen Mannig Technology Co., LTD | 9338 | 734989743 |
| 415 | Joybuy | Shenzhen Huiya Meisi trading Co., LTD | 12893 | 2182469226 |
| 416 | Joybuy | Shenzhen Huiya Meisi trading Co., LTD | 12634 | 1341775761 |